# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WILLIAM FLYNN AND BILLIE
FLYNN

VERSUS

JOE THORNHILL, ANYTIME
FITNESS & MARKEL INSURANCE
COMPANY

NO.   2022 CW 0263

**MAY 3, 2024**

---

In Re:    Thornhill Brothers Fitness, LLC d/b/a Anytime Fitness
          and Markel Insurance Company, applying for supervisory
          writs, 18th Judicial District Court, Parish of West
          Baton Rouge, No. 45828.

---

**BEFORE:   LANIER, WOLFE, AND GREENE, JJ.**

   **WRIT DISMISSED.**  Relators failed to respond to this court's
order issued on January 13, 2023 to advise, in writing, whether
the automatic stay is still in effect.  Accordingly, this writ
is dismissed.

**WIL**
**EW**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT